*United States v. Carty,* 520 F.3d 984, 992 (9th Cir.2008) (en banc).

**AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joseph Felix DeHERRERA,**
**Defendant–Appellant.**

**No. 11–10498.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2012.*

Filed Nov. 19, 2012.

Karla Delord, Assistant U.S., Sharon Kathleen Sexton, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Charles M. McNulty, Charles M. McNulty, Lawyer, Phoenix, AZ, for Defendant–Appellant.

Joseph Felix DeHerrera, Ashland, KY, pro se.

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Joseph Felix DeHerrera appeals from his guilty-plea conviction and 236–month sentence imposed for abusive sexual contact, in violation of 18 U.S.C. §§ 1153, 2244(a)(5), and 2246. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), DeHerrera's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided DeHerrera the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Watson,* 582 F.3d 974, 988 (9th Cir.2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

